UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIMBERLY KACZYNSKI and )
WALTER KACZYNSKI, her husband )
and JOSHUA KACZYNSKI )
      Plaintiff(s), )
v. ) Civil Action No. 2:21-CV-1715
TARAKUR RAHMAN and )
LYFT, INC. )
 )
      Defendant(s).

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

### I. PROCESS
Select one of the following processes:

    **X**    Mediation
    ____    Early Neutral Evaluation (ENE)
    ____    Court sponsored Binding[1] Arbitration
    ____    Court sponsored Non-binding Arbitration
    ____    Other (please identify process and provider) _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

### II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):
    50    % by Plaintiff(s)
    50    % by Defendant(s)
    ____    % by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Eugene Scanlon |
| Address of Neutral: | Suite 707 Grant Building, Pittsburgh, PA 15219 |
| Telephone & FAX Numbers: | 412-281-8908; 412-281-8928 |
| Email address of Neutral: | escanlon@scanadr.com |
| **Date of ADR Session:** | March 7, 2022 |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

Walter J. Nalducci
Attorney for Plaintiff(s)

Kimberly, Walter and
Plaintiff(s)

Joshua Kaczynski

Corporate Representative
(Name and Title)

Christopher A. Lovato, J. Brian Lynn
Attorney for Defendant(s)

Lyft, Inc.
Defendant(s)

Marcie Machemer
Claim Representative, Constitution State Services

Corporate Representative
(Name and Title)

Jamie Lenzi
Attorney for            Defendant(s)

Tarakur Rahman
Defendant(s)

Marcie Machemer
Claim Representative, Constitution State Services

Corporate Representative
(Name and Title)

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 1/25/2022    /s/ Walter J. Nalducci
_____
Attorney for Plaintiff(s)

Dated: 1/25/2022    /s/ Christopher A. Lovato; /s/ Jamie Lenzi
_____
Attorney for Defendant(s)

Rev. 4/2017