IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY KACZYNSKI and WALTER KACZYNSKI, her husband, and JOSHUA KACZYNSKI,<br><br>        Plaintiffs,<br><br>   v.<br><br>TARAKUR RAHMAN and LYFT, INC.,<br><br>        Defendants. | No. 2:21-cv-1715-WSH |

## **ORDER**

AND NOW, this 10th day of March 2022, the Court having been advised by counsel that the above-captioned case has been resolved and that the only matter remaining is the submission of a Stipulation of Dismissal under Fed. R. Civ. P. 41(a), and it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and; that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and;

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period prior to dismissal, including, but not limited to, enforcing settlement.

                                                  /s/  *W. Scott Hardy*
                                                  W. Scott Hardy
                                                  United States District Judge

cc/ecf: All Counsel of Record