IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY KACZYNSKI; and<br>WALTER KACZYNSKI, her husband<br>And JOSHUA KACZYNSKI | )<br>)<br>)<br>) | CIVIL DIVISION |
| Plaintiff, | )<br>) | |
| v. | )<br>)<br>) | 2:21-cv-01715-WSH<br><br>ELECTRONICALLY FILED |
| TARAKUR RAHMAN; and<br>LYFT INC., | )<br>)<br>) | |
| Defendants | ) | |

### PLAINTIFF'S MEDIATION STATEMENT
### STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties by their undersigned counsel hereby stipulate to the dismissal with prejudice of the civil action with all parties to bear their own costs.

March 24, 2022                By:    /s/ Walter J. Nalducci
                                     Walter J. Nalducci, Esquire
                                     wnalducci@cnlawfirm.net
                                     CUTRUZZULA & NALDUCCI
                                     3300 Grant Building
                                     330 Grant Street
                                     Pittsburgh, PA  15219

                                     s/Jamie Lenzi
                                     Jamie Lenzi, Esquire
                                     Cipriani and Werner
                                     650 Washington Rd #700,
                                     Mt Lebanon, PA 15228
                                     Jlenzi@c-wlaw.com

                                     s/Christopher A. Lovato
                                     Lyft, Inc.
                                     Christopher A. Lovato, Esquire
                                     Two PPG Place, Suite 400
                                     Pittsburgh, PA 15222-5402
                                     clovato@dmclaw.com

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2021, IT IS SO ORDERED.

_____